UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARICRIS SANTIAGO,<br><br>                    Plaintiff,<br><br>v.<br><br>ENTERPRISE BANK & TRUST, et al.,<br><br>                    Defendants. | Case No.: 24-cv-1575-RSH-DDL<br><br>**ORDER ON NOTICE OF VOLUNTARY DISMISSAL** |

On January 30, 2025, Plaintiff filed a Notice of Voluntary Dismissal. ECF Nos. 10, 11. Under Federal Rule of Civil Procedure 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing: "(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1). Here, an Answer was filed in this action on September 4, 2024. ECF No. 2. Plaintiff's Notice therefore does not comply with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Notice is also not signed by all Parties who have appeared and does not meet the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

///

///

To properly close this case, Plaintiff is **DIRECTED** to file either a: (1) stipulation of dismissal meeting the requirements of Rule 41(a)(1)(A)(ii); or (2) a motion pursuant to Rule 41(a)(2) on or before **February 7, 2025**.

**IT IS SO ORDERED**.

Dated: January 31, 2025

_____
Hon. Robert S. Huie
United States District Judge